# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00526-CV

### A. R., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. C2021-0449B, THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant A. R. filed her notice of appeal on October 14, 2021. The appellate record was complete on October 25, 2021, making appellant's brief due on November 15, 2021. On November 12, 2021, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Terry Wesley Baker to file appellant's brief no later than December 6, 2021. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on November 18, 2021

Before Chief Justice Byrne, Justices Triana and Kelly